No. 734. MISSION STATE BANK *v.* SPURGEON. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Price Wickersham* for petitioner.

No. 736. LYON *v.* HARKNESS. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Samuel A. Margolis* for petitioner. *Frank R. Kenison* for respondent.

No. 745. GIORDANO *v.* ASBURY PARK & OCEAN GROVE BANK ET AL. February 25, 1946. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Herbert J. Kenarik* for petitioner. *Theodore D. Parsons* for respondents.

No. 746. KANSAS CITY BRIDGE CO. *v.* LEICHTY. February 25, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Richard S. Righter* for petitioner. *Bert E. Strubinger* for respondent.

No. 753. R. G. LETOURNEAU, INC. *v.* GAR WOOD INDUSTRIES, INC. February 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Percy S. Webster* and *Theodore H. Lassagne* for petitioner. *Frederick S. Lyon, Leonard S. Lyon* and *Wm. Edward Hann* for respondent.